CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 0 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KARL MANSOOR, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MILLER; <br> CRYSTAL LIMERICK; <br> LINDA JENKINS; <br> MARK TRANK; <br> THOMAS FOLEY; <br> COUNTY OF ALBEMARLE, <br><br> Defendants. | CIVIL ACTION NO. 3:02-CV-00116 (*Lead*) <br> CIVIL ACTION NO. 3:03-CV-00001 (*Member*) <br><br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' Motion for Summary Judgment, filed February 25, 2005 (Document # 49). The Court held a hearing on Defendants' Motion on July 7, 2005. For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Defendants' Motion for Summary Judgment. The Court also GRANTS Plaintiff's Motion to Continue the Summary Judgment Motion as to Defendants Trank and Foley under Rule 56(f), filed July 7, 2005 (Document # 84).

It is so ORDERED. The Clerk of the Court is directed to send a copy of this Order to all Counsel of Record.

ENTERED: _/s/ Norman K. Moon_
U.S. District Judge
_Aug 1, 2005_
Date